

In The

## Court of Appeals
### Seventh District of Texas at Amarillo

_____

No. 07-14-00041-CR

_____

ROY DOWELL BRITT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 24,078-B; Honorable John B. Board, Presiding

February 27, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Roy Dowell Britt, was convicted of aggravated assault causing serious bodily injury[1] and sentenced to ten years confinement. The *Trial Court's Certification of Defendant's Right to Appeal* filed in the case reflects that Appellant's case is a plea-bargained case with no right of appeal and that Appellant waived the right of appeal.

---

[1] TEX. PENAL CODE ANN. § 22.02(a)(1) (West 2011).

The certification notwithstanding, Appellant filed a *pro se* notice of appeal challenging his conviction.

By letter dated February 13, 2014, this Court notified Appellant of the consequences of the certification and invited him to either file an amended certification showing a right to appeal or demonstrate other grounds for continuing the appeal on or before February 24, 2014. On February 21, 2014, Appellant filed a response requesting to "halt all process on this appeal" and indicated he has documents pending in the trial court and is seeking appointment of counsel to assist him. Appellant's response notwithstanding, he has not filed an amended certification reflecting a right of appeal nor established good cause for continuing this appeal. Consequently, we have no alternative but to dismiss the appeal based on the certification signed by the trial court. *See* TEX. R. APP. P. 25.2(d).

Patrick A. Pirtle
Justice

Do not publish.